

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2014

No. 04-13-00142-CV

Joe A. **ZUNIGA,**
Appellant

v.

**THE CITY OF SAN ANTONIO**, Acting by and through its Agent City Public Service Board
d/b/a CPS Energy,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14216
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Justice
            Rebeca C. Martinez, Justice
            Luz Elena D. Chapa, Justice

Appellant's unopposed request for extension of time for filing motion for rehearing and motion for rehearing en banc is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court